MAY 26, 1958.

No. 778.  UPHAUS *v.* WYMAN, ATTORNEY GENERAL OF NEW HAMPSHIRE.  Appeal from the Supreme Court of New Hampshire.  (Probable jurisdiction noted, 356 U. S. 926.)  The motion for leave to use the certified record in case No. 332, October Term, 1957 [*Uphaus* v. *Wyman,* 355 U. S. 16], as a part of the record in this case is granted. *Leonard B. Boudin* for movant-appellant. ■

No. 868.  AQUA HOTEL CORP. ET AL. *v.* McLAUGHLIN, TRUSTEE IN REORGANIZATION, ET AL.  The motion to strike the brief of intervenor is denied.  The motion to substitute Harry C. Levy, present Trustee in Bankruptcy of the Estate of the Aqua Hotel Corporation, as a party respondent in the place and stead of Sydney H. Kaye, removed, is granted.  Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.  *Morris Lavine* for petitioners.  *Calvin C. Magleby* for Levy, and *Thomas S. Tobin* for Weiler, respondents. ■

No. 481, Misc.  SNYDER *v.* PEPERSACK, WARDEN; and
No. 651, Misc.  CHAPMAN *v.* COOK, SUPERINTENDENT, DEUEL VOCATIONAL INSTITUTION.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 520, Misc.  SEAMER *v.* BURKE, WARDEN.  Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for certiorari, certiorari is denied.  Petitioner *pro se.  Stewart G. Honeck,* Attorney General of Wisconsin, for respondent.